# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESUS ALBERTO ACEVEDO
MARQUEZ,

        Petitioner,

    v.

DIRECTOR OF PIKE COUNTY
CORRECTIONAL FACILITY, *et al.*,

        Respondents.

No. 4:26-CV-01386

(Chief Judge Brann)

## ORDER

### JUNE 15, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Acevedo Marquez's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** either shall release Acevedo Marquez on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Acevedo Marquez with an individualized bond hearing at which he may present evidence on or before Monday, June 29, 2026;

3. On or before Friday, July 10, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the

reasons for such denial (beyond simply stating that Petitioner was found

to be a danger or flight risk);

4.    Acevedo Marquez's motion for a temporary restraining order (Doc. 3)

is **DENIED** as moot; and

5.    The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2